IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EFREN R. UDAN, AND
AURORA D. UDAN,

    Plaintiffs,

vs.

GMAC MORTGAGE, LLC, et al.,

    Defendants.

No. CIV S-09-0408 FCD EFB PS

ORDER

    This case, in which plaintiffs are proceeding in *pro se*, is before the undersigned pursuant to Local Rule 72-302(c)(21). *See* 28 U.S.C. § 636(b)(1). Plaintiffs initiated this action by filing a complaint and paying the filing fee on February 12, 2009. On the same date, the court issued its initial scheduling order. That order directed plaintiffs to complete service of process within 120 days, pursuant to Fed. R. Civ. P. 4(m), and set a status conference before this court on June 17, 2009. The order directed the parties to file status reports no later than fourteen days prior to the status conference.

    Review of the court's docket indicates that plaintiffs have not yet filed a return of service for the summons or otherwise demonstrated service of process upon defendants, and no status reports have been filed. The deadline for filing status reports was June 3, 2009, and the deadline to complete service of process was June 12, 2009.

1

1. Accordingly, the court hereby vacates the scheduling conference scheduled for June 17, 2009; the conference will be rescheduled should plaintiffs demonstrate timely completion of service of process.

    Plaintiffs are ordered to show cause in writing, within fifteen (15) court days after this order is filed, why this action should not be dismissed for failure to comply with the court's February 12, 2009, order, and shall include certification of timely service of process. Failure to respond to this order, or to demonstrate timely service of process, shall be construed as a request for voluntary dismissal of this action.

    SO ORDERED.

    DATED: June 5, 2009.

    EDMUND F. BRENNAN
    U.S. MAGISTRATE JUDGE