IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EFREN R. UDAN, AND
AURORA D. UDAN,

      Plaintiffs,                      No. CIV S-09-0408 FCD EFB PS

  vs.

GMAC MORTGAGE, LLC, et al.,

      Defendants.                    FINDINGS AND RECOMMENDATIONS
_____/

On June 5, 2009, this court ordered plaintiffs to show cause why they had not demonstrated service of process upon defendants or filed a status report.[1] Plaintiffs were accorded fifteen days within which to respond. That period has expired and plaintiffs have not shown cause, demonstrated service of process, filed a status report, or otherwise responded to the court's order. The docket does not indicate that the court's order was returned for failure of service, nor is there any other indication that plaintiffs may not have received the court's order.[2]

---

[1] This fee-paid case is before the undersigned pursuant to E. D. Cal. L. R. 72-302(c)(21). *See* 28 U.S.C. § 636(b)(1).

[2] Plaintiffs are obliged to keep the court apprised of their address. *See* Local Rule 83-183 Local Rule 83-183(f) (each party appearing *in propria persona* is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number; absent such notice, service of documents at the prior address shall be fully effective).

1

1    Plaintiffs were informed by the court's order to show cause that, "[f]ailure to respond to
2 this order, or to demonstrate timely service of process, shall be construed as a request for
3 voluntary dismissal of this action." Dckt. No. 5, at p. 2. Federal Rule of Civil Procedure
4 41(a)(2) authorizes dismissal of an action, without prejudice, upon plaintiff's request, and
5 plaintiffs' failure to respond to the court's order will be so construed.[3] *See also* E. D. Cal. L. R.
6 11-110 ("Failure of counsel or of a party to comply with these Rules or with any order of the
7 Court may be grounds for imposition by the Court of any and all sanctions authorized by statute
8 or Rule or within the inherent power of the Court"); E. D. Cal. L. R. 83-183 ("Any individual
9 representing himself or herself without an attorney is bound by the Federal Rules of Civil or
10 Criminal Procedure and by these Local Rules. All obligations placed on 'counsel' by these
11 Local Rules apply to individuals appearing *in propria persona*. Failure to comply therewith may
12 be ground for dismissal, judgment by default, or any other sanction appropriate under these
13 Rules.").

14    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
15 prejudice. *See* Fed. R. Civ. P. 41(a).

16    These findings and recommendations are submitted to the United States District Judge
17 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after
18 being served with these findings and recommendations, any party may file written objections
19 with the court and serve a copy on all parties. Such a document should be captioned "Objections
20 to Magistrate Judge's Findings and Recommendations." Failure to file objections within the
21 ////
22 ////
23 ////
24

---

[3] In contrast, Federal Rule of Civil Procedure 41(b) allows dismissal of an action with prejudice "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order . . ." Plaintiffs are cautioned that future similar actions will be evaluated in accordance with this rule.

2

1  specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158
2  F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
3  DATED:  August 6, 2009.

          /s/ Edmund F. Brennan
          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE